STATE v. CAYTON

No. 153P84.

Case below: 66 N.C. App. 554.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

STATE v. EARNEST

No. 489P83.

Case below: 64 N.C. App. 162.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

STATE v. FARROW

No. 82P84.

Case below: 66 N.C. App. 147.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 April 1984.

STATE v. GROSS

No. 115P84.

Case below: 66 N.C. App. 364.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.

STATE v. HOLLOWAY

No. 138A84.

Case below: 66 N.C. App. 491.

Petition by defendant for discretionary review as to issues in addition to those presented as the basis for the dissenting opinion of the Court of Appeals under G.S. 7A-30, 7A-31, and Appellate Rule 16(b) allowed 30 April 1984. Motion by Attorney General to dismiss appeal as to additional issues for lack of substantial constitutional question denied 30 April 1984.